# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3672

_____

United States of America,

*Plaintiff - Appellee,*

v.

Raquel Graham,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 6, 2018
Filed: August 7, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Raquel Graham directly appeals the sentence imposed by the district court[1] after she pleaded guilty to a drug offense, pursuant to a plea agreement containing an

_____

[1] The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

appeal waiver. Her counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the district court imposed a substantively unreasonable sentence.

We will enforce the appeal waiver in this case because our review of the record demonstrates that Graham entered into the plea agreement and the appeal waiver knowingly and voluntarily, her challenge to the sentence falls within the scope of the appeal waiver, and no miscarriage of justice would result from enforcing the waiver. *See United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). Further, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we dismiss this appeal.

_____